USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/29/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Moac Mall Holdings, LLC,

                Defendant.

22 Civ. 8326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 3, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by November 28, 2022. ECF No. 5. On November 28, 2022, the parties filed their joint letter, but did not file a proposed case management plan. ECF No. 11. That submission is now overdue. Accordingly, by **December 5, 2022**, the parties shall file a proposed case management plan.

SO ORDERED.

Dated: November 29, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge