```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/6/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                    Plaintiffs,

-against-

Moac Mall Holdings, LLC,

                    Defendant.

22 Civ. 8326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 13. The parties are required to identify specific dates for their proposed deadlines in the case management plan. Accordingly, by **December 9, 2022**, the parties shall file a revised proposed case management plan

    SO ORDERED.

Dated: December 6, 2022
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge