UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                    Plaintiff,

-against-

Moac Mall Holdings, LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2022_

22 Civ. 8326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated November 10, 2022. ECF No. 9. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **January 13, 2023**, Defendant shall file its motion to dismiss;
3. By **February 3, 2023**, Plaintiff shall file his opposition;
4. By **February 17, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: December 9, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge