UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Moac Mall Holdings, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _12/14/2022_

22 Civ. 8326 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' revised proposed case management plan. ECF No. 18. The parties' proposed deadline in Paragraph 6(c) is set for after the proposed deadline for the close of fact discovery in Paragraph 5. *Id.* The deadlines in Paragraph 6 must occur within the timeframe for fact discovery. Accordingly, by **December 16, 2022**, the parties shall file a revised proposed case management plan.

    SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge